KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 16, 2025, 11:02 am (ea)
Lucy H.Carrillo, Clerk of Court
```

JEANNETTE S. GRAVISS
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: jeannette.graviss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Case No. CR 25-00104 DKW |
|---|---|
| Plaintiff, | ) MOTION TO UNSEAL INDICTMENT |
| vs. | ) |
| JUSTIN C. LIKOUT,<br>  a/k/a "Jaycee Thorpe," "JC Thorpe," "Justin Thorpe," "John Pyzell," "Jaycee Pyzell," "Jon Pizel" | ) |
| Defendant. | ) |

**MOTION TO UNSEAL INDICTMENT**

The United States of America hereby moves to unseal the Indictment in this case. The reasons provided for sealing as to defendant JUSTIN C. LIKOUT, a/k/a "Jaycee Thorpe," "JC Thorpe," "Justin Thorpe," "John Pyzell," "Jaycee Pyzell," "Jon Pizel" are no longer applicable.

Respectfully submitted this 16th day of October 2025, at Honolulu, Hawaii.

        KENNETH M. SORENSON
        Acting United States Attorney

        By: /s/ Jeannette S. Graviss
        JEANNETTE S. GRAVISS
        Assistant United States Attorney