KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

JEANNETTE S. GRAVISS
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: jeannette.graviss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 25-00104 DKW |
| Plaintiff, | ) ORDER TO UNSEAL INDICTMENT |
| vs. | ) |
| JUSTIN C. LIKOUT,<br>   a/k/a "Jaycee Thorpe," "JC Thorpe," "Justin Thorpe," "John Pyzell," "Jaycee Pyzell," "Jon Pizel," | ) |
| Defendant. | ) |

**ORDER TO UNSEAL INDICTMENT**

1

Upon consideration of the United States' Motion to Unseal Indictment, it is HEREBY ORDERED that the Indictment in this case is unsealed.

IT IS SO ORDERED.

Dated: October 16, 2025, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

*United States v. Likout*
Order to Unseal Indictment
Case No. CR 25-00104 DKW

2