Case 1:25-cr-00104-DKW    Document 7    Filed 10/17/25    Page 1 of 1    PageID.87

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 17, 2025 11:43 AM
Lucy H.Carrillo, Clerk of Court

AO 442 (Rev. 11/11) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 25-00104 DKW |
| JUSTIN C. LIKOUT, aka "Jaycee Thorpe", "JC Thorpe", "Justin Thorpe", "John Pyzell", "Jaycee Pyzell", Jon Pizel" | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JUSTIN C. LIKOUT, aka "Jaycee Thorpe", "JC Thorpe", "JC Thorpe", "Justin Thorpe", "John Pyzell", "Jaycee Pyzell", Jon Pizel" and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

Counts 1-7: Bank Fraud
Counts 8-20: Wire Fraud
Count 21: Money Laundering
Count 22: Illegal Monetary Transaction
Counts 23 & 24: Aggravated Identity Theft

- in violation of Title 18 United States Code, Section(s) 1344(2), 18:1343, 18:1956(a)(1)(B)(i), 18:1957, 18:1028A(a)(1)

| | |
|---|---|
| Date:  October 9, 2025 | Lucy H. Carrillo, Clerk of Court |
| | Name and Title of Issuing Officer |
| Location:  Honolulu, Hawaii | /S/Lucy H. Carrillo by deputy clerk EA |
| | Prepared/Signed By: |

By: Rom Trader, United States Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at 53-509 Kamehameha Highway, Hauula, HI 96717.

| Date Received  10/10/2025 | NAME AND TITLE OF ARRESTING OFFICER  Curtis Delfin Special Agent | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest  10/16/2025 | | |