# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:25-CR-00104-DKW-1 |
| CASE NAME: | United States of America vs. Justin C. Likout |
| ATTY FOR PLA: | Jeannette S. Graviss |
| ATTY FOR DEFT: | Jacquelyn T. Esser |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR-CT 5 |
| DATE: | 10/20/2025 | TIME: | 10:40 AM-10:47 AM |

COURT ACTION: EP:  1.) INITIAL APPEARANCE; and
2.) ARRAIGNMENT & PLEA to the Indictment hearing as to DEFENDANT JUSTIN C. LIKOUT had on 10/20/2025.

Defendant Justin C. Likout ("Defendant") present and in custody.

**Appointment of Counsel:**

Defendant sworn to Financial Affidavit. Court appoints Ms. Esser and the Office of the Federal Public Defender as counsel for Defendant.

**Initial Appearance; Arraignment & Plea to the Indictment:**

Ms. Esser represents Indictment reviewed with Defendant. Defendant understands the general nature of the charges, waives public reading and enters a Plea of Not Guilty to the Indictment. Court confirms same with Defendant. **NOT GUILTY** pleas entered.

Trial date and deadlines given.

Criminal Scheduling Order to issue

| Trial Dates and Deadlines: | Date |
|---|---|
| 1) Jury Selection/Jury Trial to follow before Judge Watson | 12/22/2025 9:00 AM<br>**Location:** Aha Kupono |
| 2) Trial Conference before Judge Watson | 12/12/2025 9:00 AM<br>**Location:** Aha Kupono |
| 2a) Joint Trial Presentation Statement | 12/05/2025 |
| 3a) Motions Deadline | 11/10/2025 |
| 3b) Responses Deadline | 11/17/2025 |
| 4) Rule 16.1 Discovery Conference deadline | 11/03/2025 |
| 5) Fed. R. Evid. 404(b) | 11/17/2025 |
| **6) Motions in Limine:** | |
| 6a) Motions in Limine | 12/01/2025 |
| 6b) Memoranda in opposition to Motions in Limine | 12/08/2025 |
| 7) Brady and Giglio Material | 12/01/2025 |
| **8) Jury Instructions:** | |
| 8a) Proposed Jury Instructions | 11/24/2025 |
| 8b) Complete set of all agreed upon jury instructions | 12/01/2025 |
| 8c) Separate instructions and objections | 12/01/2025 |
| 9) Witness Lists | 11/24/2025 |
| **10) Expert Disclosures:** | |
| 10a) Parties' initial disclosures | 11/24/2025 |
| 10b) Evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Crim. P. 16(a)(1)(G) or (b) (1)(C). | 12/01/2025 |
| **11) Exhibits:** | |
| 11a) Parties exchange exhibits | 12/17/2025 |
| 11b) Exhibit List, original exhibits, and 2 additional copies of exhibits (tabbed and in binders) | 12/17/2025 |
| 11c) Thumb drive of exhibits (if using JERS (Jury Evidence Recording System)) | 12/17/2025 |
| 12) Stipulations | 11/24/2025 |
| 13) Voir Dire Questions | 12/08/2025 |
| 14) Trial Briefs | 12/08/2025 |
| 15) Jencks Disclosures | 12/19/2025 |

**Detention Hearing:**

Government has filed [ECF [12]] *Motion to Detain Defendant Without Bail.*

Defendant objects to setting detention hearing and requests immediate release. Over Defendant's objection, the Court schedules a **Detention Hearing for 10/23/2025 at 10:30 a.m.** in Courtroom 5 before Magistrate Judge Rom Trader.

**Due Process Protection Act Advisory:**

The Court orders the United States to comply with its disclosure obligations under *Brady v. Maryland* and its progeny. Failing to timely do so may result in consequences such as sanctions, adverse jury instructions, exclusion of evidence, and dismissal of charges. This order incorporates the provisions of the Court's February 1, 2021 General Order Regarding Rule 5(F).

Defendant remanded to the custody of the U.S. Marshals Service.

*Submitted by: Anjelica Barker, Courtroom Manager*