SALINA M. KANAI  #8096
Federal Public Defender
District of Hawaii

MELINDA K. YAMAGA #9246
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       Melinda_Yamaga@fd.org

Attorney for Defendant
JUSTIN C. LIKOUT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.  25-00104 DKW |
|---|---|---|
| Plaintiff, | )<br>)<br>) | NOTICE OF CHANGE OF COUNSEL;<br>CERTIFICATE OF SERVICE |
| vs. | )<br>) | |
| JUSTIN C. LIKOUT, | )<br>) | |
| Defendant. | )<br>) | |

## **NOTICE OF CHANGE OF COUNSEL**

NOTICE IS HEREBY GIVEN that MELINDA K. YAMAGA is added as attorney for Defendant JUSTIN C. LIKOUT, and JACQUELYN T. ESSER is terminated as attorney for said defendant.

DATED: Honolulu, Hawaii, October 22, 2025.

   /s/ Melinda K. Yamaga
MELINDA K. YAMAGA
Attorney for Defendant
JUSTIN C. LIKOUT

NOTICE OF CHANGE OF COUNSEL
*United States v. Justin C. Likout*, Cr. No. 25-00104 DKW
United States District Court, District of Hawaii

2

CERTIFICATE OF SERVICE

MELINDA K. YAMAGA hereby certifies that by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on October 22, 2025:

Served Electronically through CM/ECF:

JEANNETTE S. GRAVISS
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, October 22, 2025.

                /s/ Melinda K. Yamaga
                MELINDA K. YAMAGA
                Attorney for Defendant
                JUSTIN C. LIKOUT