## MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:25-cr-00104-DKW |
| CASE NAME: | United States of America vs. Justin C. Likout |
| ATTY FOR PLTF: | Jeannette S. Graviss |
| ATTY FOR DEFT: | Melinda K. Yamaga |
| U.S. PROB OFFICER: | Whitney Nakamura |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR–CT 5 |
| DATE: | 10/23/2025 | TIME: | 10:53 AM – 11:26 AM |

COURT ACTION: EP:   DETENTION HEARING as to DEFENDANT JUSTIN C. LIKOUT had on 10/23/2025.

Defendant Justin C. Likout ("Defendant") present and in custody.

Detention Hearing:

Court takes judicial notice of its records and files, including the [ECF No. [1]] Indictment, the Government's [ECF No. [9]] *Amended Motion to Detain Defendant Without Bail* ("Motion"), the Pretrial Services' report and the applicable legal authority.

Argument had.

Court has carefully considered the merits of the *Motion* within the context of the arguments by counsel and the report of Pretrial Services and finds the conditions recommended by Pretrial Services are adequate to reasonably ensure Defendant's presence and to mitigate any risk of danger posed by Defendant if released.

The Government's [ECF No. [9]] *Amended Motion to Detain* is **DENIED**.

**These minutes will stand in place of a written order.**

Accordingly, Court adopts the recommendation of Pretrial Services and orders Defendant released on an unsecured bond in the amount of: **$50,000** with the following conditions:

- (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24

- hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.
- (7g2) Do not apply for/obtain a passport.
- (7h3) Travel is restricted to: **the island of Oahu**.
- (7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case. The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.
- (7n) Undergo a psychiatric/mental health evaluation and participate in any recommended counseling as approved by Pretrial Services. Take all medications as prescribed.
- (7p2) Participate in the following location restriction program and comply with its requirements as directed by Pretrial Services. The Court authorizes release under the HOME DETENTION restriction which restricts you to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by Pretrial Services.
- (7p5) You must abide by the program requirements and instructions of Pretrial Services related to the proper operation of the specified Location Monitoring technology: GLOBAL POSITIONING SYSTEM (GPS) MONITORING.
- (7q) Placement at MAKANA O KE AKUA (MOKA) or FAITH HOUSE transitional housing. You are restricted to the facility at all times except as pre-approved by Pretrial Services. You are required to abide by all rules of the MOKA or FAITH HOUSE program/facility.
- (7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.
- (7t2) Do not consume any alcoholic beverages or products containing alcohol while at the halfway house/treatment program, as prohibited by program rules.
- (7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.
- (7v1) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing as approved by Pretrial Services. Do not obstruct, attempt to obstruct, or tamper with the drug detection testing process in any manner.
- (7w1) To ensure compliance with the restriction on alcohol use, submit to random alcohol detection testing including remote alcohol testing devices, as approved by Pretrial Services. Do not obstruct, attempt to obstruct, or tamper with the alcohol detection testing process in any manner.
- (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.
- (8j2) Do not use or possess a computer, including but not limited to a PC, MAC, iPad, or smartphone. You are permitted to obtain, with the approval of and inspection by Pretrial Services, one (1) basic cellular phone without internet or smartphone capability.
- (8n) Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all

- sources of income, bank accounts, assets and liabilities, and investments. You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.
- (8o) Pretrial Services is authorized to run credit reports on a random and "as needed" basis during the course of supervision to ensure compliance with pretrial release conditions. You are required to sign and execute any necessary release forms including, but not limited to an Authorization to Release Financial Information, as requested by Pretrial Services.
- (8p) You are prohibited from applying for or receiving any loans or lines of credit, unless otherwise approved by Pretrial Services.
- (8q) You are prohibited from conducting any monetary transactions without Court approval in amounts over: **$5,000**.
- (8v) Do not use or possess any identification, mail, bank related information, or any other personal identification documents that were not legally issued to you. Provide Pretrial Services with all issued ID(s) and banking information for verification purposes.
- (10b) Do not drive unless properly licensed **and insured**.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

- You shall not commit any offense in violation of federal, state, or local law while on release in this case.
- You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.
- You must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

The Court reviewed the above release conditions with Defendant. Defendant advised of possible adverse action for failure to comply with any condition, to include issuance of a warrant for Defendant's arrest, revocation of release status and detention pending trial. Defendant acknowledged understanding the foregoing release conditions, his obligation to comply and the consequences of violating any conditions of release.

**These minutes shall stand as the conditions of bond. IT IS SO ORDERED.**

Because the Government stated its intent to appeal, the Court's ruling/order is STAYED until 10/31/2025.  If no appeal is lodged/filed by this deadline, Defendant to be released.

Ms. Yamaga granted leave to submit a proposed order to Trader_Orders@hid.uscourts.gov by no later than close of business **10/24/2025**.

Defendant is remanded to the custody of the U.S. Marshals Service.

*Submitted by: Anjelica Barker Courtroom Manager*