SALINA M. KANAI #8096
Federal Public Defender
District of Hawaiʻi

MELINDA K. YAMAGA #9246
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaiʻi   96850-5269
Telephone:   (808) 541-2521
Facsimile:    (808) 541-3545
E-Mail:         Melinda_Yamaga@fd.org

Attorney for Defendant
JUSTIN C. LIKOUT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| UNITED STATES OF AMERICA, | ) | Cr. No.   1:25-cr-00104-DKW-1 |
|---|---|---|
| Plaintiff, | ) ) ) | Expedited Motion to Lift Stay of Pretrial Release Order; Memorandum in Support of Motion; Certificate of Service |
| vs. | ) ) | |
| JUSTIN C. LIKOUT, | ) ) | |
| Defendant. | ) ) | |

**Expedited Motion to Lift Stay of Pretrial Release Order**

Justin C. Likout, through counsel, Melinda K. Yamaga, Assistant Federal Defender, moves this Court for an expedited order lifting the stay of the Court's previous order granting pretrial release dated October 23, 2025. While a local rule allows the government to ask for a stay, that rule does not turn off the need for the government to establish that it is entitled to the stay before this Court grants its request for one. The government has not made, and cannot make, the requisite showing for a stay in this case. This Court, accordingly, should immediately lift the

stay of its pretrial release order, because unconstitutional detention of any duration imposes an irreparable harm on the accused.

This motion is based upon the attached Memorandum in Support of Motion, the records and files of this case, and any other evidence that may be adduced at the hearing on this motion.

DATED: Honolulu, Hawaiʻi, October 24, 2025.

      /s/ Melinda K. Yamaga
MELINDA K. YAMAGA
Attorney for Defendant
JUSTIN C. LIKOUT