## CERTIFICATE OF SERVICE

Melinda K. Yamaga, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF</u>:

    JEANETTE S. GRAVISS
    Assistant United States Attorney
    300 Ala Moana Boulevard, Room 6-100
    Honolulu, Hawaii   96850

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

<u>Served Electronically through E-Mail</u>

    WHITNEY L. NAKAMURA
    United States Probation Officer
    300 Ala Moana Boulevard, Room 2300
    Honolulu, Hawaiʻi 96850

DATED: Honolulu, Hawaiʻi, October 24, 2025.

                              /s/ Melinda K. Yamaga
                              MELINDA K. YAMAGA
                              Attorney for Defendant
                              JUSTIN C. LIKOUT