# PRINTABLE CASE VIEW

**Generated:** 23-OCT-2025 02:20 PM

**Search Criteria: Case ID or Citation Number:** 1DTC-23-010682

**1 record(s) total**

| | |
|---|---|
| **Case ID:** 1DTC-23-010682 - State v. Justin C Likout -NON JURY-<br>**Type:** TC - Traffic Crime<br>**Status:** CLOSEDS - Closed Case-Judgment Satisfied<br>**Last Updated:** 23-May-2025<br>**ID:** @1592015  **JUV:** N<br>**Party Status:** Released to Bail/Bond | **Filing Date:** TUESDAY, MARCH 21, 2023<br>**Court:** FIRST CIRCUIT<br>**Location:** WAHIAWA DIVISION |
| CDL: N CMV: N HAZ: N | Citation / Arrest: |

**Balance Due:** $0.00

Alleged Speed: ~ / ~

## Violations

| | Violation | | | | Disposition | | | Sentence | | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | Code | Description | Date | Spl Crts Eligibility | Code | Description | Date | Code | Description | Length |
| 1 | HRS 286-102 | NO MOTOR VEH DRIVER'S LICENSE | 03/18/2023 | | DPJ | Dismissed With Prejudice | 05/22/2025 | | | |

## Related Cases

No related cases were found.

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 1 | 03/21/2023 | Citation-Traffic Crime Arrest | |
| 2 | 03/22/2023 | Notice of Hearing | |
| 4 | 04/25/2023 | Hearing Held<br>DOMINGO/GOTO/HARADA: Defendant present via zoom; State specify violation as 1st offense petty misdemeanor; orally charged; defendant request to continue to provide proof granted; A&P set for 6/20/2023 at 9 am. (9:22) | |
| 5 | 04/25/2023 | Case Continued<br>For arraignment and plea to 6/20/2023 at 9 am. | |
| 6 | 04/25/2023 | Remote Hearing | |
| 7 | 04/25/2023 | Order & Notice of Entry of Ord | |
| 8 | 06/20/2023 | Hearing Held<br>DOMINGO/GOTO/HARADA: Defendant not present; bench warrant ordered. (9:15) | |
| 9 | 06/20/2023 | Bench Warrant Ordered<br>$50; S/AP | |
| 10 | 06/20/2023 | Order & Notice of Entry of Ord | |

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 11 | 06/21/2023 | Bench Warrant Traffic<br>Docket entry for the letter produced on 21-JUN-2023 by automated warrant processing. BW# Q122353033. | |
| 12 | 11/06/2023 | Bail - Cash Posted<br>$50.00/1DWH273781/Self. (car) | |
| 13 | 11/06/2023 | Bench Warrant Recalled<br>BW# Q122353033 recalled on 06-NOV-2023 by J1CTCAREVIL. | |
| 14 | 11/06/2023 | Notice of Hearing | |
| 16 | 11/21/2023 | Hearing Held<br>YOO/SO/PAIKAI.  Defendant present via zoom.  (935) | |
| 17 | 11/21/2023 | Case Continued<br>2 weeks for driver license - defendant stated DL test on 11/24/23. | |
| 18 | 11/21/2023 | Case Continued<br>to 12/5/23 for sp. | |
| 19 | 11/21/2023 | Order<br>by the court - continue bail. | |
| 20 | 11/21/2023 | Remote Hearing | |
| 21 | 11/21/2023 | Order & Notice of Entry of Ord | |
| 22 | 12/05/2023 | Hearing Held<br>DOMINGO/SO/HARADA: Defendant present via zoom; defendant request to continue to obtain driver's license granted; A&P set for 12/19/2023 at 9 am. (9:13) | |
| 23 | 12/05/2023 | Remote Hearing | |
| 24 | 12/05/2023 | Order<br>By the Court, bail to continue. | |
| 25 | 12/05/2023 | Case Continued<br>For arraignment and plea to 12/19/2023 at 9 am. | |
| 26 | 12/05/2023 | Order & Notice of Entry of Ord | |
| 27 | 12/19/2023 | Hearing Held<br>DOMINGO/SO/HARADA: Defendant not present; forfeit bail; bench warrant ordered. (9:45) | |
| 28 | 12/19/2023 | Bail - Cash Forfeited<br>$50; 1DWH273781 | |
| 29 | 12/19/2023 | Bench Warrant Ordered<br>$50; S/AP | |
| 30 | 12/19/2023 | Order & Notice of Entry of Ord | |
| 32 | 12/20/2023 | Bail Cash Forfeiture Judgment | |
| 31 | 12/21/2023 | Bench Warrant Traffic<br>Docket entry for the letter produced on 21-DEC-2023 by automated warrant processing. BW# Q122353349. | |
| 34 | 03/04/2024 | Bail - Cash Posted<br>$50.00/1DWH273861/SELF.(rks) | |

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 35 | 03/04/2024 | Bench Warrant Recalled<br>BW# Q122353349 recalled on 04-MAR-2024 by J1CTRKSOARE. | |
| 36 | 03/04/2024 | Notice of Hearing | |
| 38 | 03/19/2024 | Hearing Held<br>MITSUYAMA/SO/PAIKAI.  Defendant present via zoom.  (942) | |
| 39 | 03/19/2024 | Motion to Continue<br>orally entered by defendant - proof of drivers license.  Has DL appt 3/22/24. | |
| 40 | 03/19/2024 | Oral Order Motion Granted | |
| 41 | 03/19/2024 | Order<br>by the court - continue bail (1DWH273861). | |
| 42 | 03/19/2024 | Case Continued<br>to 4/30/24 for ap. | |
| 43 | 03/19/2024 | Remote Hearing | |
| 44 | 03/19/2024 | Order & Notice of Entry of Ord | |
| 45 | 04/30/2024 | Hearing Held<br>NISHIMURA/SO/HARADA: Defendant present via zoom; PTC set for 6/13/2024 at 9 am; tentative trial week set for 7/2/2024. (10:30) | |
| 46 | 04/30/2024 | Remote Hearing | |
| 47 | 04/30/2024 | Referred to Public Defender<br>Call 808-586-2100. | |
| 48 | 04/30/2024 | Order<br>By the Court, bail to continue. | |
| 49 | 04/30/2024 | Case Continued<br>For pretrial conference to 6/13/2024 at 9 am. | |
| 50 | 04/30/2024 | Order & Notice of Entry of Ord | |
| 51 | 06/13/2024 | Hearing Held<br>MITSUYAMA/SO/PAIKAI.  Defendant present via zoom.  (1109) | |
| 52 | 06/13/2024 | Motion to Continue<br>orally entered by defendant - to hire own attorney; does not qualify for PD. State objects. | |
| 53 | 06/13/2024 | Oral Order Motion Granted | |
| 54 | 06/13/2024 | Case Continued<br>to 7/25/24 for ptc; trial week 8/15/24. | |
| 55 | 06/13/2024 | Remote Hearing | |
| 56 | 06/13/2024 | Order & Notice of Entry of Ord | |
| 57 | 07/25/2024 | Hearing Held<br>YOUNG/HOGAN/HARADA: Defendant and attorney Brian Kim, making a special appearance, present via zoom; defendant request to continue - no objection by the State; PTC set for 9/5/2024 at 9 am. (10:37) | |
| 58 | 07/25/2024 | Remote Hearing | |

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 59 | 07/25/2024 | Order<br>By the Court, bail to continue. | |
| 60 | 07/25/2024 | Case Continued<br>For pretrial conference to 9/5/2024 at 9 am. | |
| 61 | 07/25/2024 | Order & Notice of Entry of Ord | |
| 62 | 09/05/2024 | Hearing Held<br>BURKS/HOGAN/HARADA: Defendant present via zoom; defense request to continue to obtain attorney - no objection by the State - granted; PTC set for 9/19/2024 at 9 am. (10:27) | |
| 63 | 09/05/2024 | Remote Hearing | |
| 64 | 09/05/2024 | Order<br>By the Court, bail to continue. | |
| 65 | 09/05/2024 | Case Continued<br>For pretrial conference to 9/19/2024 at 9 am. | |
| 66 | 09/05/2024 | Order & Notice of Entry of Ord | |
| 67 | 09/19/2024 | Hearing Held<br>BURKS/SO/HARADA: Defendant and attorney Brian Kim present via zoom; defense request to continue - granted over State's objection; PTC set for 10/31/2024 at 9 am. (9:26) | |
| 68 | 09/19/2024 | Remote Hearing | |
| 69 | 09/19/2024 | Order<br>By the Court, bail to continue. | |
| 70 | 09/19/2024 | Case Continued<br>For pretrial conference to 10/31/2024 at 9 am. | |
| 71 | 09/19/2024 | Order & Notice of Entry of Ord | |
| 72 | 10/31/2024 | Hearing Held<br>COMEAU/KAJIMA/PAIKAI. Defendant and Attorney Brian Kim present via zoom. (935) | |
| 73 | 10/31/2024 | Motion to Continue<br>orally entered by defense - DL road test today. State objects. | |
| 74 | 10/31/2024 | Oral Order Motion Granted<br>to continue. FINAL PTC. | |
| 75 | 10/31/2024 | Oral Motion<br>entered by state for trial. | |
| 76 | 10/31/2024 | Oral Order Motion Granted | |
| 77 | 10/31/2024 | Case Continued<br>to 12/3/24 for FINAL PTC. | |
| 78 | 10/31/2024 | Case Continued<br>to 12/12/24 for in person trial at 10am. | |
| 79 | 10/31/2024 | Remote Hearing | |
| 80 | 10/31/2024 | Order & Notice of Entry of Ord | |

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 81 | 12/03/2024 | Hearing Held<br>COMEAU/KAJIMA/HARADA: Defendant and attorney Carmel Kwock present via zoom; defense request to continue to comply, defendant appointment with DMV scheduled for 12/19/2024 - granted; last continuance; set aside trial scheduled on 12/12/2024; final PTC set for 12/31/2024 at 9 am; TRLB set for 1/9/2025 at 10 am. (10:33/10:52) | |
| 82 | 12/03/2024 | Remote Hearing | |
| 83 | 12/03/2024 | Order<br>By the Court, bail to continue. | |
| 84 | 12/03/2024 | Case Continued<br>For final pretrial conference to 12/31/2024 at 9 am and in-person trial to 1/9/2025 at 10 am. | |
| 85 | 12/03/2024 | Order & Notice of Entry of Ord | |
| 86 | 12/31/2024 | Hearing Held<br>IHA/KAJIMA/HARADA: Defendant and attorney Brian Kim present via zoom; defense request to continue for proof; time charged to defense; strike trial set on 1/9/2025; PTC set for 2/11/2025 at 9 am. (9:15) | |
| 87 | 12/31/2024 | Remote Hearing | |
| 88 | 12/31/2024 | Case Continued<br>For pretrial conference to 2/11/2025 at 9 am. | |
| 89 | 12/31/2024 | Order<br>By the Court, bail to continue. | |
| 90 | 12/31/2024 | Order & Notice of Entry of Ord | |
| 91 | 02/11/2025 | Hearing Held<br>ZANE/SAKAI/HARADA: Defendant and attorney Brian Kim present via zoom; defense request to continue - record objection by the State; Court sets for trial; defense waive time from 3/6/2025 to 3/13/2025; in-person trial set for 3/13/2025 at 9 am. (11:17) | |
| 92 | 02/11/2025 | Remote Hearing | |
| 93 | 02/11/2025 | Order<br>By the Court, bail to continue. | |
| 94 | 02/11/2025 | Order & Notice of Entry of Ord | |
| 95 | 03/13/2025 | Hearing Held<br>ZANE/SAKAI/HARADA: Defendant and attorney Brian Kim present via zoom; defense request to continue, defendant's road test scheduled for 3/14/2025 - objection by the State - granted; case set off trial track; pretrial conference set for 4/10/2025 at 9 am; tentative trial date set for 5/1/2025. (9:55) | |
| 96 | 03/13/2025 | Waiver/HRPP R48/Speedy Trial<br>For the period of defense continuance from today to 5/1/2025. | |
| 97 | 03/13/2025 | Order<br>By the Court, bail to continue. | |
| 98 | 03/13/2025 | Order & Notice of Entry of Ord | |

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 99 | 04/10/2025 | Hearing Held<br>MITSUYAMA/BAE/PAIKAI.  Defendant present via zoom.  Attorney Brian Kim present in court. (932) | |
| 100 | 04/10/2025 | Motion to Continue<br>orally entered by defense - reschedule DL test (5/12/25  8:30am).  Record objection. | |
| 101 | 04/10/2025 | Oral Order Motion Granted | |
| 102 | 04/10/2025 | Case Continued<br>to 5/22/25 for ptc. | |
| 103 | 04/10/2025 | Order<br>by the court - continue bail. | |
| 104 | 04/10/2025 | Remote Hearing | |
| 105 | 04/10/2025 | Order & Notice of Entry of Ord | |
| 106 | 05/22/2025 | Hearing Held<br>ZANE/KAM/HARADA: Defendant and attorney Brian Kim present via zoom; defendant provide proof; dismissed with prejudice. (9:13) | |
| 107 | 05/22/2025 | Remote Hearing | |
| 108 | 05/22/2025 | Motion to Dismiss<br>Orally requested by the State. | |
| 109 | 05/22/2025 | Oral Order Motion Granted<br>For substantial compliance. | |
| 110 | 05/22/2025 | Order<br>By the Court, refund bail. | |
| 111 | 05/22/2025 | Judgment and Notice | |
| 112 | 05/22/2025 | Judgment Complete | |
| 113 | 05/23/2025 | Bail Refunded<br>$50.00 (Check #60996). (car) | |