# PRINTABLE CASE VIEW

Exhibit C

**Generated:** 23-OCT-2025 02:01 PM

**Search Criteria: Case ID or Citation Number: 1DTC-23-013405**

**1 record(s) total**

| | |
|---|---|
| **Case ID:** 1DTC-23-013405 - State v. Justin C Likout -NON JURY-<br>**Type:** TC - Traffic Crime<br>**Status:** REACTIVATE - Reactivated Case<br>**Last Updated:** 04-Apr-2025<br>**ID:** @1592015   **JUV:** N<br>**Party Status:** Released to Bail/Bond | **Filing Date:** THURSDAY, JUNE 29, 2023<br>**Court:** FIRST CIRCUIT<br>**Location:** HONOLULU DIVISION |
| CDL: U CMV: N HAZ: N | Citation / Arrest: |

**Balance Due:** $0.00

Alleged Speed: ~ / ~

## Violations

| | Violation | | | | Disposition | | | Sentence | | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | Code | Description | Date | Spl Crts Eligibility | Code | Description | Date | Code | Description | Length |
| 1 | HRS 286-102 | NO MOTOR VEH DRIVER'S LICENSE | 06/27/2023 | | | | | | | |
| 2 | HRS 431:10C-104 | NO MOTOR VEH INSURANCE | 06/27/2023 | | DPJ | Dismissed With Prejudice | 07/27/2023 | | | |

## Related Cases

No related cases were found.

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 1 | 06/29/2023 | Citation-Traffic Crime Arrest | |
| 2 | 07/13/2023 | Notice of Remote Hearing | |
| 4 | 07/21/2023 | Returned Mail | |
| 5 | 07/27/2023 | Hearing Held<br>KAWATACHI: ITSUNO: SIBAL: Defendant not present. | |
| 6 | 07/27/2023 | Motion to Dismiss<br>orally by State, cnt 2 for Good Faith Defense | |
| 7 | 07/27/2023 | Oral Order Motion Granted | |
| 8 | 07/27/2023 | Oral Motion<br>by State, amend severity of cnt 1 to PM | |
| 9 | 07/27/2023 | Oral Order Motion Granted | |
| 10 | 07/27/2023 | Bench Warrant Ordered<br>$150 S/AP | |

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 11 | 07/27/2023 | Order & Notice of Entry of Ord | |
| 12 | 07/28/2023 | Bench Warrant Traffic<br>Docket entry for the letter produced on 28-JUL-2023 by automated warrant processing. BW# Q1123125652. | |
| 13 | 10/31/2023 | Bench Warrant Recalled<br>BW# Q1123125652 recalled on 31-OCT-2023 by J1DHNCDLLSFO. | |
| 14 | 10/31/2023 | Bail - Cash Posted | |
| 15 | 10/31/2023 | Bench Warrant Case Reschedule | |
| 16 | 10/31/2023 | Notice of Remote Hearing | |
| 18 | 11/27/2023 | Hearing Held<br>HAYAKAWA:ITSUNO:REIS:(10:34-10:38am): **HEARD IN COURTROOM 10C**; Defendant present via zoom; State specified violation as a first offense; Defendant state he was out of the country for 2 years and was not aware that his license was expired; Defendant has driving test on 12/3/2023 at 9am; By court: continue 1 month to bring valid license; By court: NFA on contempt, transfer bail to CIC and bail to continue; (AP 12/27/23 AM-4B); | |
| 19 | 11/27/2023 | Remote Hearing | |
| 20 | 11/27/2023 | Order & Notice of Entry of Ord | |
| 21 | 12/27/2023 | Hearing Held<br>HAYAKAWA:HOGAN:REIS:(8:36-11:43am): Defendant not present; State OMOT to issue bench warrant - Granted; By order of the Court: Bail to be forfeited; | |
| 22 | 12/27/2023 | Bail - Cash Forfeited<br>$150 (1DTVB295185) | |
| 23 | 12/27/2023 | Bench Warrant Ordered<br>$150 (S/AP) | |
| 24 | 12/27/2023 | Order & Notice of Entry of Ord | |
| 25 | 12/27/2023 | Bench Warrant Traffic<br>Docket entry for the letter produced on 27-DEC-2023 by automated warrant processing. BW# Q1123127258. | |
| 26 | 12/28/2023 | Bail Cash Forfeiture Judgment | |
| 27 | 03/05/2024 | Bail - Cash Posted | |
| 28 | 03/05/2024 | Bench Warrant Recalled<br>BW# Q1123127258 recalled on 05-MAR-2024 by J1CTPTURNER. | |
| 29 | 03/05/2024 | Bench Warrant Case Reschedule | |
| 30 | 03/05/2024 | Notice of Remote Hearing | |
| 32 | 03/15/2024 | Hearing Held<br>FUKUI: PASCUAL: PUA: (8:55-49am) Deft present via Zoom; By Court, continued to get things done for deft to get driver's test; bail continued; (AP 4/26/24 AM-4B) | |
| 33 | 03/15/2024 | Remote Hearing | |
| 34 | 03/15/2024 | Order & Notice of Entry of Ord | |

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 35 | 04/26/2024 | Hearing Held<br>FUKUI: GENTRY: HOLT: (9:08-9:11) Defendant present via zoom; referred to the Public Defender as a backup; Defendant might retain own Atorney; continue bail (PTC 6/7/24AM-7A) **TENT APT 7/1/24** | |
| 36 | 04/26/2024 | Remote Hearing | |
| 37 | 04/26/2024 | Referred to Public Defender | |
| 38 | 04/26/2024 | Order & Notice of Entry of Ord | |
| 39 | 06/07/2024 | Hearing Held<br>KAWAKAMI: KAJIMA: PUA: (9:13-16am) Deft present via Zoom and indicated he's not qualified for PD and trying to find an atty; defense request continuance to get a Driver's license; no obj from State; By court, continued for 2 months for substantial compliance; bail continued; (PTC 8/7/24 AM-7A) | |
| 40 | 06/07/2024 | Remote Hearing | |
| 41 | 06/07/2024 | Order & Notice of Entry of Ord | |
| 42 | 08/07/2024 | Hearing Held<br>COMEAU: SAKAI: MATSUNAGA: (8:53-8:56AM); dft present, via zoom; dft represented that he did not get his driver's license as he did not receive a response from the Chief Judge requesting to get a the stopper temporarily removed; dft further repsented that he did call the public defender but was informed that he does not qualify and therefore reached out to several private attorney's; dft will continue to work on getting his driver's license; By Court: case continued 4 weeks; (PTC 09/04/2024 AM-7A); bail to continue; | |
| 43 | 08/07/2024 | Remote Hearing | |
| 44 | 08/07/2024 | Order & Notice of Entry of Ord | |
| 45 | 09/04/2024 | Hearing Held<br>COMEAU: KAEKA (Law Clerk) and GUERRA(DPA): MATSUNAGA: (10:08-10:43AM); dft present via zoom; (10:08AM); case passed as there's no response from dft on zoom; (10:40AM); case recalled; all parties present; dft represented that he has not found an attorney and that he sent out 3 emails last week; dft is meeting with 1 attorney tomorrow (09/05/2024); Defense's OMOT to continue to meet with the attorney, no objection by the State - GRANTED; (PTC 09/18/2024 AM-7A); Bail to continue; | |
| 46 | 09/04/2024 | Remote Hearing | |
| 47 | 09/04/2024 | Order & Notice of Entry of Ord | |
| 48 | 09/18/2024 | Party Letter | |
| 49 | 09/18/2024 | Hearing Held<br>COMEAU: CHUN: SANADA: (8:56-9:02 am); Defendant present via zoom; Defendant represented he sent a letter six (6) weeks ago and the adminstrative judge only received it today; He has made inquires with attorneys and has a couple emails outstanding; He is still working on getting his driver's license; Having no objection by the State, Defendant's omot to continue three (3) weeks - Granted; Defendant was given the email and phone number to the Hawaii State Bar Association Referral Service in case Defendant's emails are not successful: lrshsba.org and (808)537-9140; Bail continued; (PTC 10/9/24 AM - 7A); | |

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 50 | 09/18/2024 | Remote Hearing | |
| 51 | 09/18/2024 | Order & Notice of Entry of Ord | |
| 52 | 09/25/2024 | Order<br>MMAY:KTakemoto:Order Removing Driver's License Stopper. Defendant's Request Is Granted And The Driver's License Stopper InThe Above Referenced Case Shall Be Removed. IT IS SO ORDERED. | |
| 53 | 10/09/2024 | Hearing Held<br>ISOBE: NISHIZAWA: YOGI: (9:52-9:52 AM); Defendant present via zoom; Defendant represented he has upcoming written test and road test upcoming; Defense's omot for short continuance; Granted; Bail $150 1DTVB10295624 continued; (PTC 10/16/24 AM-7A); | |
| 54 | 10/09/2024 | Remote Hearing | |
| 55 | 10/09/2024 | Order & Notice of Entry of Ord | |
| 56 | 10/16/2024 | Hearing Held<br>HO: JIM: MATSUNAGA: (8:30-10:55AM); dft present via zoom; dft represented that he's at his road test that's scheduled at 9:50AM today; By Court: case continued for dft to bring in proof of his DL; (PTC 10/30/2024 AM-7A); Bail to continue; | |
| 57 | 10/16/2024 | Remote Hearing | |
| 58 | 10/16/2024 | Order & Notice of Entry of Ord | |
| 59 | 10/30/2024 | Hearing Held<br>HO: P. KIM: V. CABRAL: (FTR: 10:15-10:17) Defendant present via video/tel conf.; Defense request a continuance - granted; Defendant has a road test on Friday; Time charged to the Defense for speedy trial and rule 48 purposes; Bail to conttinue; Defendant may appear by zoom; (STA 11/20/2024 AM - 7A) | |
| 60 | 10/30/2024 | Remote Hearing | |
| 61 | 10/30/2024 | Refer to Fiscal | |
| 62 | 10/30/2024 | Order & Notice of Entry of Ord | |
| 63 | 11/20/2024 | Hearing Held<br>YOO: H.KAM: KAKU/ky: Defendant present; Defense's omot for continuance to come into substantial compliance; Granted; Time charged to Defense for purposed of Rule 48; Bail to continue; (STA 1/6/25 AM-7A); | |
| 64 | 11/20/2024 | Order & Notice of Entry of Ord | |
| 65 | 01/06/2025 | Hearing Held<br>HO: H KAM: PUA: (10:27am; 10:57am) Deft not present; BWO in the amount of $250; bail of $150 forfeited; Later: case recalled; deft present via Zoom; BW set aside; bail reinstated and continued; deft has driver's test appt on 1/14/25 at 10:30am; case continued; no obj by State; set for (STA 2/5/25 AM-7BTR) | |
| 66 | 01/06/2025 | Order & Notice of Entry of Ord | |
| 67 | 01/21/2025 | Notice of Remote Hearing | |

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 69 | 02/05/2025 | Hearing Held<br><br>EIRELAND: WAIKITJIM: BOCALAN: Defendant present; Case continued for defendant to obtain driver's license; (PTC 04/04/2025 AM - 7B); Waived speedy trial and rule 48 - defense; Bail continued. | |
| 70 | 02/05/2025 | Order & Notice of Entry of Ord | |
| 71 | 04/04/2025 | Hearing Held<br>(09:08-09:12 AM) IRELAND: CHAMBERLAIN: WALKER: Defendant present via Video Conference;<br>Defendant informed Court he lifted Stopper;<br>Defense request continuance (Has road test today at 2PM) - Granted over State Record Objection;<br>Per Court, Time Charged to Defense - Waived Speedy Trial & Rule 48;<br>(PTC 05/28/2025 AM-7B);<br>Bail continued. | |
| 72 | 04/04/2025 | Remote Hearing | |
| 73 | 04/04/2025 | Motion to Continue<br>By Defense | |
| 74 | 04/04/2025 | Oral Order Motion Granted | |
| 75 | 04/04/2025 | Order & Notice of Entry of Ord | |