# PRINTABLE CASE VIEW

Exhibit D

**Generated:** 23-OCT-2025 01:57 PM

**Search Criteria: Case ID or Citation Number: 1DTC-23-064707**

**1 record(s) total**

| | |
|---|---|
| **Case ID:** 1DTC-23-064707 - State v. Justin Likout -NON JURY-<br>**Type:** TC - Traffic Crime<br>**Status:** CLOSEDS - Closed Case-Judgment Satisfied<br>**Last Updated:** 05-Mar-2025<br>**ID:** @1592015  **JUV:** N<br>**Party Status:** Released to Bail/Bond | **Filing Date:** MONDAY, OCTOBER 9, 2023<br>**Court:** FIRST CIRCUIT<br>**Location:** KANE`OHE DIVISION |
| CDL: U CMV: U HAZ: U | Citation / Arrest: |

**Balance Due:** $0.00

Alleged Speed: ~ / ~

## Violations

| | Violation | | | | Disposition | | | Sentence | | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | Code | Description | Date | Spl Crts Eligibility | Code | Description | Date | Code | Description | Length |
| 1 | HRS 286-102 | NO MOTOR VEH DRIVER'S LICENSE | 10/03/2023 | | DPJ | Dismissed With Prejudice | 03/05/2025 | | | |

## Related Cases

No related cases were found.

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 1 | 10/09/2023 | Citation-Traffic Crime Arrest | |
| 2 | 10/09/2023 | Accident Major<br>23-374545 | |
| 3 | 10/12/2023 | Change of Court Date<br>11/3/2023 invalid court date.wdf | |
| 4 | 10/12/2023 | Notice of Hearing | |
| 6 | 10/12/2023 | Court Letter | |
| 8 | 11/07/2023 | Hearing Held<br>Nishimura/Sakamoto/Palakiko (9:02 am):  Defendant present by remote,  Orally charged as 1st offense; petty misdemeanor.  Defendant understands the charge.  Defendant states wants to get own attorney. | |
| 9 | 11/07/2023 | Remote Hearing | |
| 10 | 11/07/2023 | Referred to Public Defender<br>as back-up.  Defendant to call them.  Public Defender's phone number given. | |

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 11 | 11/07/2023 | Order<br>by Court, Not Guilty plea entered.  Continue for Pretrial Conference on 19-Dec-2023 at 8:30 a.m.  Tentative Trial Week of 16-Jan-2024. | |
| 12 | 11/07/2023 | Order & Notice of Entry of Ord | |
| 13 | 11/07/2023 | Order/Notice of Entry Printed | |
| 15 | 12/19/2023 | Hearing Held<br>Nishimura/Sakamoto/Lofton:  (9:46)  Defendant not present. | |
| 16 | 12/19/2023 | Bench Warrant Ordered<br>$250 (S/STATUS) | |
| 17 | 12/19/2023 | Order & Notice of Entry of Ord | |
| 18 | 12/19/2023 | Bench Warrant Traffic<br>Docket entry for the letter produced on 19-DEC-2023 by automated warrant processing. BW# Q142356666. | |
| 19 | 03/05/2024 | Bench Warrant Recalled<br>BW# Q142356666 recalled on 05-MAR-2024 by J1CTSKPAHK. | |
| 20 | 03/05/2024 | Bench Warrant Case Reschedule | |
| 21 | 03/05/2024 | Bail - Cash Posted | |
| 22 | 03/05/2024 | Notice of Hearing | |
| 24 | 03/27/2024 | Hearing Held<br>Nishimura/Myers/Palakiko (9:11 am):  Defendant not present. | |
| 25 | 03/27/2024 | Oral Motion<br>for bench warrant entered by State. | |
| 26 | 03/27/2024 | Oral Order Motion Granted | |
| 27 | 03/27/2024 | Bail - Cash Forfeited<br>$250 (1DKP238333). | |
| 28 | 03/27/2024 | Bench Warrant Ordered<br>$500 S/AP | |
| 29 | 03/27/2024 | Order & Notice of Entry of Ord | |
| 30 | 03/27/2024 | Bench Warrant Traffic<br>Docket entry for the letter produced on 27-MAR-2024 by automated warrant processing. BW# Q142456832. | |
| 31 | 03/27/2024 | Order/Notice of Entry Printed | |
| 33 | 03/27/2024 | Bail Cash Forfeiture Judgment | |
| 35 | 05/02/2024 | Bail - Cash Posted | |
| 36 | 05/02/2024 | Bench Warrant Case Reschedule | |
| 37 | 05/02/2024 | Bench Warrant Recalled | |
| 38 | 05/02/2024 | Notice of Hearing | |

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 40 | 05/30/2024 | Hearing Held<br>Takemoto/Myers/Lofton: (8:51) Defendant present via zoom and orally charged as 1st offense. | |
| 41 | 05/30/2024 | Remote Hearing | |
| 42 | 05/30/2024 | Order<br>by Court, no referral to the public defender at this time. Continue 6 weeks to get driver license. Case continued for Status/PTC on 11-Jul-2024 in person or via zoom. Bail to continue. | |
| 43 | 05/30/2024 | Order & Notice of Entry of Ord | |
| 44 | 07/11/2024 | Hearing Held<br>Kimura/Myers/Pacheco (10:14): Defendant not present. | |
| 45 | 07/11/2024 | Oral Motion<br>by State asking for a bench warrant | |
| 46 | 07/11/2024 | Oral Order Motion Granted | |
| 47 | 07/11/2024 | Bail - Cash Forfeited<br>$500 (1DKP238365) posted by Defendant | |
| 48 | 07/11/2024 | Bail Cash Forfeiture Judgment | |
| 49 | 07/11/2024 | Bench Warrant Ordered<br>$500 (S/STA) | |
| 50 | 07/11/2024 | Bench Warrant Traffic<br>Docket entry for the letter produced on 11-JUL-2024 by automated warrant processing. BW# Q142457035. | |
| 51 | 11/27/2024 | Bench Warrant Recalled<br>BW# Q142457035 recalled on 27-NOV-2024 by J1CTSKPAHK. | |
| 52 | 11/27/2024 | Bench Warrant Case Reschedule | |
| 53 | 11/27/2024 | Bail - Cash Posted | |
| 54 | 11/27/2024 | Notice of Hearing | |
| 56 | 12/11/2024 | Remote Hearing | |
| 57 | 12/11/2024 | Hearing Held<br>Nishimura/Chun/Ung: (10:13 a.m.) Defendant present by remote hearing. Attorney Brian Kim present. | |
| 58 | 12/11/2024 | Motion to Continue<br>orally entered by Defense, Defendant updated the Court on status of the Administrative Judge lifting the license stopper, said that he just did the letter last week and he should be hearing back any day now, and as soon as he gets it, will go down and get the test done. | |
| 59 | 12/11/2024 | Oral Order Motion Granted | |
| 60 | 12/11/2024 | Order<br>by Court, Not Guilty plea entered on 07-Nov-2023 is maintained. Continue for Pretrial Conference on 08-Jan-2025. Bail to continue. | |
| 61 | 12/11/2024 | Order & Notice of Entry of Ord | |

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 62 | 01/08/2025 | Hearing Held<br>Mitsuyama/Chun/Palakiko (9:47 am):  Defendant present by remote.  Attorney Brian Kim present in person. | |
| 63 | 01/08/2025 | Remote Hearing | |
| 64 | 01/08/2025 | Motion to Continue<br>in 30 days orally entered by defense, defendant has driver's test on 1/14/2025 at 10:30 a.m. | |
| 65 | 01/08/2025 | Oral Order Motion Granted<br>Last continuance over State's objections and request for a trial. | |
| 66 | 01/08/2025 | Order<br>by Court, continue for Pretrial Conference on 05-Feb-2025 at 8:30 a.m.  Bail continued. | |
| 67 | 01/08/2025 | Order & Notice of Entry of Ord | |
| 68 | 01/08/2025 | Order/Notice of Entry Printed | |
| 70 | 02/05/2025 | Party Letter<br>Defendant requesting stopper to be removed.skp | |
| 71 | 02/05/2025 | Hearing Held<br>Nishimura/Hishinuma/Pacheco (9:10):  Defendant present via Zoom remote hearing.  Attorney Brian Kim present in person.  State has 2 witnesses and Defense has 1 possible witness. | |
| 72 | 02/05/2025 | Remote Hearing | |
| 73 | 02/05/2025 | Oral Motion<br>by Defense asking for a continuance, Defendant stated he wrote a letter to remove stoppers last month and dropped off another one at the Kaneohe counter yesterday | |
| 74 | 02/05/2025 | Oral Order Motion Denied<br>This case has been going on for too long so we'll set the case for Trial and if the stopper is granted and defendant gets his license before the trial we can deal with it at that time | |
| 75 | 02/05/2025 | Order<br>By Court, continue Trial on 05-Mar-2025.  Defense Counsel and Defendant are to appear in person. Bail to continue. | |
| 76 | 02/05/2025 | Order & Notice of Entry of Ord | |
| 77 | 02/28/2025 | Order<br>Removing Driver's License stopper is granted.skp | |
| 79 | 03/05/2025 | Bail Refunded | |
| 80 | 03/05/2025 | Hearing Held<br>Nishimura/Hishinuma/Pacheco (10:31):  Defendant and Attorney Brian Kim present in person. | |
| 81 | 03/05/2025 | Oral Motion<br>by State asking for a continuance.  State is not ready, Officer Allen-John Vergara is present but the representative for Driver's licensing is not present. | |
| 82 | 03/05/2025 | Oral Order Motion Denied<br>Defense objected to a continuance | |

| Docket # | Date | Docket | Party |
|---|---|---|---|
| 83 | 03/05/2025 | Dismissed by Court Order | |
| 84 | 03/05/2025 | Order<br>By Court, bail to be refunded to postee | |
| 85 | 03/05/2025 | Judgment and Notice | |
| 86 | 03/05/2025 | Judgment Complete | |