

1601 Punahou Street
Honolulu, Hawaii 96822

October 24, 2025

To Whom It May Concern:

After a diligent search of our student information system and archived files, Punahou School has no records concerning **Justin Likout**, date of birth ▇▇▇▇▇.

Because no such records exist in our files, we did not complete the Certificate of Authenticity. Please let us know if further action is needed.

If you have any questions or concerns, please email registrar@punahou.edu.

Sincerely,

Terri Chee
Office of the Registrar
Punahou School