# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 25-00104 DKW |
| CASE NAME: | USA v. (1) Justin C. Likout |
| ATTYS FOR PLA: | Jeannette S. Graviss |
| ATTYS FOR DEFT: | (1) Melinda K. Yamaga |
| PROBATION OFFICER: | Whitney Nakamura |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Ann Matsumoto |
| DATE: | 10/27/2025 | TIME: | 9:35 am - 10:10 am |

COURT ACTION:  EP: Hearing held on [17] United States' Motion to Revoke the Order of Release.

Defendant Justin C. Likout present, in custody.

In light of the proceedings held, the Court finds that Defendant's Expedited Motion to Lift Stay of Pretrial Release Order is moot. Accordingly, the hearing previously scheduled for October 27, 2025, at 3:00 p.m. before Magistrate Judge Trader is hereby vacated.

Oral arguments heard.

[9:53 - 9:55] Portion of the hearing was sealed on the record in reference to matters concerning Defendant's cooperation.

[17] United States' Motion to Revoke the Order of Release -  Court GRANTS the Motion and Magistrate Judge's Detention Release Order is revoked immediately.

Defendant Justin C. Likout is remanded to the custody of the U.S. Marshals Service.

Submitted by: Tammy Kimura, Courtroom Manager