ORIGINAL

AO 442 (Rev. 11/11) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

JUSTIN C. LIKOUT, aka "Jaycee Thorpe", "JC Thorpe", "Justin Thorpe", "John Pyzell", "Jaycee Pyzell", Jon Pizel"

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 25-00104 DKW

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 27 2025

at 12 o'clock and 59 min. P M
Lucy H. Carrillo, Clerk

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JUSTIN C. LIKOUT, aka "Jaycee Thorpe", "JC Thorpe", "JC Thorpe", "Justin Thorpe", "John Pyzell", "Jaycee Pyzell", Jon Pizel" and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Counts 1-7: Bank Fraud
Counts 8-20: Wire Fraud
Count 21: Money Laundering
Count 22: Illegal Monetary Transaction
Counts 23 & 24: Aggravated Identity Theft

- in violation of Title 18 United States Code, Section(s) 1344(2), 18:1343, 18:1956(a)(1)(B)(i), 18:1957, 18:1028A(a)(1)

Date:        October 9, 2025                                   Lucy H. Carrillo, Clerk of Court
                                                               Name and Title of Issuing Officer

                                                               /S/Lucy H. Carrillo by deputy clerk EA
Location:    Honolulu, Hawaii                                  Prepared/Signed By:

By: Rom Trader, United States Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 53-509 Kamehameha Highway, Hauula, HI  96717 . |

| Date Received 10/10/2025 | NAME AND TITLE OF ARRESTING OFFICER   Curtis Delfin | SIGNATURE OF ARRESTING OFFICER   see attachment |
|---|---|---|
| Date of Arrest 10/16/2025 | | |