AO 442 (Rev. 11/11) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

JUSTIN C. LIKOUT, aka "Jaycee Thorpe", "JC Thorpe", "Justin Thorpe", "John Pyzell", "Jaycee Pyzell", Jon Pizel"

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 25-00104 DKW

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JUSTIN C. LIKOUT, aka "Jaycee Thorpe", "JC Thorpe", "JC Thorpe", "Justin Thorpe", "John Pyzell", "Jaycee Pyzell", Jon Pizel" and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

Counts 1-7: Bank Fraud
Counts 8-20: Wire Fraud
Count 21: Money Laundering
Count 22: Illegal Monetary Transaction
Counts 23 & 24: Aggravated Identity Theft

• in violation of Title 18 United States Code, Section(s) 1344(2), 18:1343, 18:1956(a)(1)(B)(i), 18:1957, 18:1028A(a)(1)

Date: October 9, 2025

Location: Honolulu, Hawaii

Lucy H. Carrillo, Clerk of Court
Name and Title of Issuing Officer

/S/Lucy H. Carrillo by deputy clerk EA
Prepared/Signed By:

By: Rom Trader, United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at 53-509 Kamehameha Highway, Hauula, HI 96717

Date Received: 10/10/2025

Date of Arrest: 10/16/2025

NAME AND TITLE OF ARRESTING OFFICER: Curtis Deffin

SIGNATURE OF ARRESTING OFFICER: [signature]