# MINUTES

CASE NUMBER:      CR 25-00104 DKW

CASE NAME:        USA vs. (1) Justin C. Likout

ATTYS FOR PLA:    Jeannette S. Graviss

ATTYS FOR DEFT:   (1) Melinda K. Yamaga

INTERPRETER:

JUDGE:    Derrick K. Watson          REPORTER:

DATE:     10/29/2025                 TIME:

COURT ACTION:  EO:  Parties are in agreement to continue the trial date and all deadlines.  New trial date and deadlines given.

Jury Selection/Trial is continued from 12/22/2025 to 7/6/2026 at 9:00 a.m. in Aha Kupono before Chief Judge Derrick K. Watson.
Trial Conference set for 12/12/2025 is continued to 6/26/2026 at 9:00 a.m. in Aha Kupono before Chief Judge Derrick K. Watson.
Defendant's Motions: 5/26/2026.
Govt.'s Responses: 6/2/2026.

Time **to be** excluded from the date the Order is filed to and including 7/6/2026 from the requirements of the Speedy Trial Act.

Melinda K. Yamaga to prepare Stipulation Continuing Trial and Order Excluding Time for Chief Judge Derrick K. Watson's consideration.

Submitted by: Tammy Kimura, Courtroom Manager