SALINA M. KANAI  #8096
Federal Public Defender
District of Hawai'i

MELINDA K. YAMAGA #9246
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawai'i   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       Melinda_Yamaga@fd.org

Attorney for Defendant
JUSTIN C. LIKOUT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO.  25-00104 DKW |
| Plaintiff, | FIRST STIPULATION AND ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| JUSTIN C. LIKOUT, | |
| Defendant. | Previous Trial Date:  12/22/2025<br>New Trial Date:        07/06/2026 |

FIRST STIPULATION AND ORDER CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

A.     The United States of America and Defendant Justin C. Likout, through their respective attorneys, hereby agree and stipulate to continue the trial in this case and to exclude the time period from the date this Order is filed and the

new trial date from computation under the Speedy Trial Act. The reason for the continuance is to allow the defense additional time within which to adequately investigate and prepare for trial.

    B.    The parties further agree that the ends of justice served by the continuance outweigh the best interests of the Defendant and the public in a speedy trial, and:

        1.    The failure to grant such a continuance would be likely

            ____ to make a continuation of such proceeding impossible.

            _X_ to result in a miscarriage of justice.

        2.    The case is so

            ____ unusual

            ____ complex

        due to

            ____ the number of defendants.

            ____ the nature of the prosecution.

            ____ the existence of novel questions of fact or law that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

    3.    The failure to grant the continuance would

        \_\_\_\_ deny counsel for the defendant the reasonable time to obtain counsel.

        \_\_\_\_ unreasonably deny the defendant continuity of counsel.

        \_\_\_\_ unreasonably deny the government continuity of counsel

        \_\_X\_\_ deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        \_\_\_\_ deny counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    C.    The parties further agree that the period of time from the date this Order is filed to and including July 6, 2026, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

//
//

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, October 30, 2025.

   /s/ Melinda K. Yamaga
MELINDA K. YAMAGA
Attorney for Defendant
JUSTIN C. LIKOUT

   /s/ Jeannette S. Graviss
JEANNETTE S. GRAVISS
Attorney for Plaintiff
UNITED STATES OF AMERICA

## ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

The above Stipulation Continuing Trial Date and Excluding Time Under the Speedy Trial Act is hereby approved, and the agreements set forth in paragraphs A, B, and C of the Stipulation are adopted as findings by the Court. For the reasons stated, IT IS HEREBY ORDERED:

(1)    the jury selection and trial date are set for **July 6, 2026**, at 9:00 a.m., before Judge Derrick K. Watson;

(2)    the Trial Conference is set for **June 26, 2026**, at 9:00 a.m., before Judge Derrick K. Watson; and,

(3)    defense motions are due on **May 26, 2026**, and the government's responses are due on **June 2, 2026**.

IT IS FURTHER ORDERED that the period of time from the date this Order is filed to and including July 6, 2026, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

DATED:  Honolulu, Hawaii, November 3, 2025.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

First Stipulation and Order Continuing Trial Date and Excluding Time Under the Speedy Trial Act
*United States v. Justin C. Likout*, Cr. No. 25-00104 DKW
United States District Court, District of Hawaii