SALINA M. KANAI  #8096
Federal Public Defender
District of Hawai'i

MELINDA K. YAMAGA #9246
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawai'i   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     Melinda_Yamaga@fd.org

Attorney for Defendant
JUSTIN C. LIKOUT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | ) | CR. NO.  25-00104 DKW |
|---|---|---|
| Plaintiff, | ) ) ) | MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL; |
| vs. | ) ) | DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |
| JUSTIN C. LIKOUT, | ) ) | |
| Defendant. | ) ) | |

**<u>Motion for Withdrawal and Substitution of Counsel</u>**

Melinda K. Yamaga, Assistant Federal Defender, moves this Honorable Court to allow the Office of the Federal Public Defender to withdraw as counsel for Defendant Justin C. Likout and for the appointment of a CJA panel attorney for the reason that there is a conflict of interest, as set forth in the attached Declaration of Counsel.

DATED: Honolulu, Hawaiʻi, November 6, 2025.

          /s/ Melinda K. Yamaga
MELINDA K. YAMAGA
Attorney for Defendant
JUSTIN C. LIKOUT