In the United States District Court

For the District of Hawaiʻi

| United States of America, | ) | Cr. No. 25-00104 DKW |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| vs. | ) | |
| Justin C. Likout, | ) | |
| Defendant. | ) | |

**<u>Declaration of Counsel</u>**

I, Melinda K. Yamaga, hereby declare as follows:

1. I am counsel for Defendant Justin C. Likout, having been appointed pursuant to the Criminal Justice Act.

2. I recently learned information which requires this office to withdraw due to a conflict of interest under Hawaiʻi Rule of Professional Conduct 1.10.

3. While I cannot publicly disclose the information, I can let the Court know the grounds upon which I believe I have a conflict of interest in a sealed hearing.

4. I do not believe it is possible for counsel to continue to provide conflict-free representation to Mr. Likout.

5. New counsel should be appointed from the CJA panel since Mr. Likout's financial status has not changed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  Honolulu, Hawaiʻi, November 6, 2025.

                     /s/ Melinda K. Yamaga
                     MELINDA K. YAMAGA
                     Attorney for Defendant
                     JUSTIN C. LIKOUT