**Certificate of Service**

I, Melinda K. Yamaga, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the address listed on November 6, 2025:

Served Electronically through CM/ECF:

Jeannette S. Graviss
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaiʻi 96850

Attorney for Plaintiff
United States of America

DATED: Honolulu, Hawaiʻi, November 6, 2025.

/s/ Melinda K. Yamaga
MELINDA K. YAMAGA
Attorney for Defendant
JUSTIN C. LIKOUT