# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:25-cr-00104-DKW |
| CASE NAME: | United States of America v. Justin C. Likout |
| ATTYS FOR PLA: | Jeannette S. Graviss, AUSA |
| ATTYS FOR DEFT: | Melinda K. Yamaga, AFPD |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | FTR - CR 6 |
| DATE: | 11/13/2025 | TIME: | 9:59 am - 10:01 am |

COURT ACTION:  EP:  MOTION HEARING as to [25] Motion for Withdrawal and Substitution of Counsel ("Motion") held.

Defendant is present and in custody.

ECF No. [25] *Motion* - GRANTED, with no objection by the Government. Court will appoint CJA counsel. Ms. Yamaga to prepare the Order and assist in transmitting case to new counsel.

Defendant remanded to the custody of the U.S. Marshal Service.

*Submitted by: Jodie Duarte, Courtroom Manager*