SALINA M. KANAI  #8096
Federal Public Defender
District of Hawai'i

MELINDA K. YAMAGA #9246
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawai'i   96850-5269
Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      Melinda_Yamaga@fd.org

Attorney for Defendant
JUSTIN C. LIKOUT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | ) | CR. NO.  25-00104 DKW |
|---|---|---|
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| vs. | ) ) | |
| JUSTIN C. LIKOUT, | ) ) | |
| Defendant. | ) ) | |

**Order Granting**
**Motion for Withdrawal and Substitution of Counsel**

On November 13, 2025, the motion of the Office of the Federal Public Defender to withdraw as counsel for the defendant came on for hearing. At that time, Melinda K. Yamaga, Assistant Federal Defender, appeared on behalf of the movant. Jeannette S. Graviss, Assistant United States Attorney, appeared on behalf of the United States. The defendant was present.

The Court, having considered the motion and the representations and arguments of counsel, finds that there is sufficient basis to warrant the relief requested in the Motion for Withdrawal and Substitution of Counsel.

Accordingly, IT IS HEREBY ORDERED THAT the Motion for Withdrawal and Substitution of Counsel is hereby granted due to a breakdown of the attorney-client relationship, and that counsel from the CJA panel will be appointed in the instant matter for all proceedings hereafter.

IT IS SO ORDERED:

DATED: Honolulu, Hawaii, November 17, 2025.



Kenneth J. Mansfield
United States Magistrate Judge

ORDER GRANTING MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL
*United States v. Justin C. Likout*, Cr. No. 25-00104 DKW
United States District Court, District of Hawaii