Schlueter, Kwiat & Kennedy LLLP

**ANDREW M. KENNEDY    9734**
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
andrew@kona-lawyer.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case: 1:25-CR-00104 DKW |
| | ) | |
| Plaintiff | ) | DEFENDANT'S MOTION TO SEAL |
| | ) | DOCUMENT: DEFENDANT'S |
| vs. | ) | MOTION TO WITHDRAW AS |
| | ) | COUNSEL; CERTIFICATE OF |
| JUSTIN LIKOUT, | ) | SERVICE; PROPOSED ORDER |
| | ) | |
| Defendant. | ) | JUDGE: HON. DERRICK K. WATSON |
| | ) | |

**DEFENDANT'S MOTION TO SEAL DOCUMENT:
DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL**

Defendant, JUSTIN LIKOUT, by and through counsel, ANDREW M. KENNEDY, hereby moves this Honorable Court for leave to file his Motion to Withdraw as Counsel under seal.

The portions of the motion that Defendant seeks to seal relate to the attorney-client relationship. Defense counsel is providing this in advance to the Court to apprise the Court of the situation prior to hearing. This information is normally the type of information that would subject to discussion in a sealed hearing on the motion to withdraw.

A redacted version of this motion was filed in the public docket concurrently with this filing. An unredacted version of this filing is being provided to the Court at the time of this filing.

A proposed order is attached hereto.

DATED:    Kailua-Kona, Hawaii, December 12, 2025

                                        /s/ Andrew M. Kennedy
                                      ANDREW M. KENNEDY
                                      Counsel for Defendant