Schlueter, Kwiat & Kennedy LLLP

ANDREW M. KENNEDY        9734
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
andrew@kona-lawyer.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) 1:25-CR-00104 DKW |
|---|---|
| Plaintiff | ) |
| | ) PROPOSED ORDER GRANTING *EX* |
| | ) *PARTE* MOTION TO FILE UNDER |
| vs. | ) SEAL |
| | ) |
| JUSTIN LIKOUT | ) |
| Defendant. | ) |
| | ) |
| | ) |

Schlueter, Kwiat & Kennedy LLLP

ANDREW M. KENNEDY        9734
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
andrew@kona-lawyer.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | 1:25-CR-00104 DKW |
|---|---|---|
| Plaintiff | ) ) ) | ORDER GRANTING *EX-PARTE* MOTION TO FILE PLEADING UNDER SEAL |
| vs. | ) ) | |
| JUSTIN LIKOUT | ) ) | |
| Defendant. | ) ) ) | |

**ORDER GRANTING *EX-PARTE* MOTION TO FILE PLEADING UNDER SEAL**

The Court, having considered the Defendant's *Ex Parte* Motion to File Document Under Seal, and compelling reasons appearing,

IT IS HEREBY ORDERED that the Defendant's *Ex Parte* Motion to File DEFNDANT'S MOTION TO WITHDRAW AS COUNSEL Under Seal is hereby granted.

DATED: Honolulu, Hawaii, _____.

                                        Chief Judge Derrick K. Watson
                                        United States District Judge
                                        District of Hawaii

ORDER GRANTING *EX-PARTE* MOTION TO FILE UNDER SEAL
(Motion to Withdraw as Counsel)
*United States v. Justin Likout*, CR. NO.  25-00104 DKW
United States District Court, District of Hawaii