## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been provided to all parties by Electronic Filing.

DATED: Kailua-Kona, Hawaii, December 12, 2025

Schlueter, Kwiat & Kennedy LLLP

BY: /s/ Andrew M. Kennedy
COUNSEL FOR DEFENDANT