Schlueter, Kwiat & Kennedy LLLP

ANDREW M. KENNEDY      9734
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
andrew@kona-lawyer.com

Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | 1:25-CR-00104 DKW |
|---|---|---|
| | ) | |
| Plaintiff | ) | ORDER GRANTING *EX-PARTE* |
| | ) | MOTION TO FILE PLEADING |
| vs. | ) | UNDER SEAL |
| | ) | |
| JUSTIN LIKOUT | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**ORDER GRANTING *EX-PARTE* MOTION TO FILE PLEADING UNDER SEAL**

The Court, having considered the Defendant's *Ex Parte* Motion to File

Document Under Seal, and compelling reasons appearing,

IT IS HEREBY ORDERED that the Defendant's *Ex Parte* Motion to File

DEFNDANT'S MOTION TO WITHDRAW AS COUNSEL Under Seal is hereby

granted.


DATED: Honolulu, Hawaii, December 16, 2025.



_____

Wes Reber Porter
United States Magistrate Judge


ORDER GRANTING *EX-PARTE* MOTION TO FILE UNDER SEAL
(Motion to Withdraw as Counsel)
*United States v. Justin Likout*, CR. NO.  25-00104 DKW
United States District Court, District of Hawaii