# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:25-CR-00104 DKW |
| CASE NAME: | United States of America v. Justin C. Likout |
| ATTYS FOR PLA: | Jennette Graviss, AUSA |
| ATTYS FOR DEFT: | Andrew Kennedy |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | FTR - CR 7 |
| DATE: | 12/16/2025 | TIME: | 10:01 am - 10:23 am |
| | | SEALED TIME: | 10:02 am - 10:22 am |

COURT ACTION: EP:   MOTION HEARING as to ECF Nos. [30], [35] Defendant's Motion to Withdraw as Counsel held.

AUSA Jennette Graviss appeared on behalf of the United States.

Andrew Kennedy appeared on behalf of Defendant.

Defendant present and in custody.

The Court held a hearing on *Defendant's Motion to Withdraw as Counsel* ("Motion"), ECF Nos. [30], [35].

Discussion held.

SEALED HEARING with Defense Counsel and Defendant only. (10:02 am - 10:22 am)

Based upon the sealed portion of the hearing, specifically the discussion with Counsel and the Defendant, the *Motion* is DENIED.

Defendant is remanded to the custody of the U.S. Marshal Service.

*Submitted by: Jocelyn Orosz, Courtroom Manager*