Schlueter, Kwiat & Kennedy LLLP

**ANDREW M. KENNEDY   9734**
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
andrew@kona-lawyer.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case: 1:25-CR-00104 DKW |
| ) | |
| Plaintiff ) | DEFENDANT'S SECOND MOTION TO |
| ) | WITHDRAW AS COUNSEL [UNDER |
| vs. ) | SEAL]; CERTIFICATE OF SERVICE |
| ) | |
| JUSTIN LIKOUT, ) | JUDGE: HON. DERRICK K. WATSON |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**DEFENDANT'S SECOND MOTION TO WITHDRAW AS COUNSEL**

Defendant, JUSTIN LIKOUT, by and through counsel, ANDREW M. KENNEDY, hereby moves to permit his current attorney to withdraw and to appoint successor counsel. The basis for this motion is due to a request by Mr.

Likout on January 8, 2026.  Defense counsel does not take a position as to this motion and request by Mr. Likout.

The specific basis for this motion is as follows:[1]

1. Defendant was arrested on October 16, 2025 pursuant to a warrant on indictment filed October 9, 2025.

2. Defendant was originally represented by the Federal Defender's Office.

3. On October 17, 2025 the United States filed a Motion to Detain.  Dkt. No. 8.

4. A hearing on the United States' Motion to Detain was held on October 23, 2025.  The Magistrate Judge denied the United States' motion and ordered conditions of Mr. Likout's release.  Dkt. No. 14.

5. The United States appealed this magistrate ruling, and on October 27, 2025 the Honorable Judge Watson heard the United States' Motion to Revoke the Order of Release.  The Court granted the United States' motion and Mr. Likout was remanded to the custody of the United States Marshals.  Dkt. No. 20.

6. The Office of the Public Defender filed a Motion to Withdraw as counsel and Andrew Kennedy was appointed as counsel on November 18, 2025. Dkt. No.(s) 25 and 27.

---

[1]This is being filed under seal as it relates to the attorney-client relationship.

2

7. On December 11, 2025, a Motion to Withdraw was filed. This motion was heard on December 17, 2025. The motion was denied.

8. The following is a overview of the representation since the last hearing on this motion[2]:



---

[2]The extent of the communication is being included to inform the Court as to the status of the communication with client. The details as to the merits of the case or possible defenses are not being included.





DATED:   Honolulu, Hawaii, January 8, 2026

                       /s/ Andrew M. Kennedy
                      ANDREW M. KENNEDY
                      Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a redacted copy of the foregoing has been provided to all parties by Electronic Filing.  An unredacted copy of this motion is being provided to the Court of Court contemporaneously with the filing of a Motion to Seal document.

DATED:    Honolulu, Hawaii, January 8, 2026

                Schlueter, Kwiat & Kennedy LLLP

                BY:    /s/ Andrew M. Kennedy
                         COUNSEL FOR DEFENDANT