Schlueter, Kwiat & Kennedy LLLP

ANDREW M. KENNEDY        9734
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
andrew@kona-lawyer.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:25-CR-00104 DKW |
| | ) | |
| Plaintiff | ) | ORDER GRANTING *EX-PARTE* |
| | ) | MOTION TO FILE PLEADING |
| vs. | ) | UNDER SEAL |
| | ) | |
| JUSTIN LIKOUT | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING *EX-PARTE* MOTION TO FILE PLEADING UNDER SEAL**

The Court, having considered the Defendant's *Ex Parte* Motion to File Document Under Seal, and compelling reasons appearing,

      IT IS HEREBY ORDERED that the Defendant's *Ex Parte* Motion to File DEFNDANT'S SECOND MOTION TO WITHDRAW AS COUNSEL Under Seal is hereby granted.

      DATED: Honolulu, Hawaii, January 9, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

ORDER GRANTING *EX-PARTE* MOTION TO FILE UNDER SEAL
(Second Motion to Withdraw as Counsel)
*United States v. Justin Likout*, CR. NO. 25-00104 DKW
United States District Court, District of Hawaii