# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:25-CR-00104-DKW |
| CASE NAME: | United States of America v. Justin C. Likout |
| ATTYS FOR PLA: | Jeannette S. Graviss, AUSA |
| ATTYS FOR DEFT: | Andrew M. Kennedy, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | FTR - CR 6 |
| DATE: | 01/15/2026 | TIME: | 10:58 am - 11:04 am |

COURT ACTION: EP:   MOTION HEARING as to [39], [42] Defendant's Second Motion to Withdraw as Counsel ("Motion") held.

Defendant is present and in custody.

Government states no position as to the *Motion*.

Court moves to close hearing.

SEALED HEARING: (10:59 a.m. - 11:03 a.m.)

Ms. Graviss returns to the courtroom.

The Court DENIES the [39], [42] *Motion*, as to reasons stated on the record.

Defendant remanded to the custody of the U.S. Marshal Service.

*Submitted by: Jodie Duarte, Courtroom Manager*