# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 25-00104 DKW |
| CASE NAME: | USA v. (1) Justin C. Likout |
| ATTYS FOR PLA: | Jeannette S. Graviss |
| ATTYS FOR DEFT: | (1) Andrew M. Kennedy |
| PROBATION OFFICER: | Erin Patrick |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Ann Matsumoto |
| DATE: | 3/3/2026 | TIME: | 2:20 pm - 2:30 pm |

COURT ACTION:  EP: Hearing on [47] Defendant's Motion for Reconsideration of Detention Order held.

Defendant Justin C. Likout present, in custody.

Oral arguments heard.

[47] Defendant's Motion for Reconsideration of Detention Order is denied for the reasons stated on the record.

Defendant Justin C. Likout is remanded to the custody of the United States Marshals Service.

Submitted by: Tammy Kimura, Courtroom Manager