Schlueter, Kwiat & Kennedy LLLP

**ANDREW M. KENNEDY      9734**
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
andrew@kona-lawyer.com

Counsel for Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case: 1:25-CR-00104 DKW |
| | ) | |
| Plaintiff | ) | DEFENDANT'S THIRD MOTION TO |
| | ) | WITHDRAW AS COUNSEL; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JUSTIN LIKOUT, | ) | JUDGE: HON. DERRICK K. WATSON |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## <u>DEFENDANT'S THIRD MOTION TO WITHDRAW AS COUNSEL</u>

Defendant, JUSTIN LIKOUT, by and through counsel, ANDREW M.

KENNEDY, hereby moves to permit his current attorney to withdraw and to

appoint successor counsel.

This is the third motion for such relief.  The prior motions were heard on December 16, 2025 and January 15, 2026.  A motion for pretrial release was held on March 3, 2026.

Counsel was appointed on this case on November 18, 2025.  This is the third motion to withdraw in approximately 14 weeks.  At this point, and for reasons that can be presented to the Court in a sealed hearing, counsel would agree that there is not positive or constructive communication in the attorney client relationship.


DATED:     Honolulu, Hawaii, March 4, 2026

 /s/ Andrew M. Kennedy
ANDREW M. KENNEDY
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been provided to all parties by Electronic Filing.


DATED:    Honolulu, Hawaii, March 4, 2026

Schlueter, Kwiat & Kennedy LLLP

BY:   /s/ Andrew M. Kennedy
COUNSEL FOR DEFENDANT