# MINUTES

CASE NUMBER:        CR 25-00104 DKW

CASE NAME:        USA vs. (1) Justin C. Likout

ATTYS FOR PLA:        Jeannette S. Graviss

ATTYS FOR DEFT:        (1) Catherine E. Gibson

INTERPRETER:

JUDGE:    Derrick K. Watson        REPORTER:

DATE:        3/24/2026        TIME:

COURT ACTION:  EO:  Parties are in agreement to continue the trial date and all deadlines.  New trial date and deadlines given.

Jury Selection/Trial is continued from 7/6/2026 to 10/5/2026 at 9:00 a.m. in Aha Kupono before Chief Judge Derrick K. Watson.
Trial Conference set for 6/26/2026 is continued to 9/25/2026 at 9:00 a.m. in Aha Kupono before Chief Judge Derrick K. Watson.
Defendant's Motions: 8/24/2026.
Govt.'s Responses: 8/31/2026.

Time **to be** excluded from 7/6/2026 thru 10/5/2026 from the requirements of the Speedy Trial Act.

Catherine F. Gibson to prepare Second Stipulation Continuing Trial and Order Excluding Time for Chief Judge Derrick K. Watson's consideration.

Submitted by: Tammy Kimura, Courtroom Manager