Catherine Gibson  9927
P.O. Box 1685
Kailua-Kona, Hawaiʻi 96745
Tel. (808) 303-5351
cg@catherinegibson.com

Attorney for Defendant
JUSTIN C. LIKOUT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN C. LIKOUT,<br><br>Defendant. | Case No. CR 25-00104 DKW<br><br>SECOND STIPULATION AND ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Old date: July 6, 2026<br>New date: October 5, 2026<br>Judge: Honorable Derrick K. Watson |

### SECOND STIPULATION CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

A.      The United States of America and the above-captioned defendant, through their respective undersigned attorneys, hereby agree and stipulate to continue the trial in this case and to exclude the time period from the date the Order is filed to and including the new trial date of October 5, 2026 from computation under the Speedy Trial Act. The reasons for the continuance are to permit sufficient time for defense counsel to examine and review discovery, and to evaluate and investigate the matter in order to effectively represent the defendant.

B.      The parties further agree that the ends of justice served by the continuance outweigh the best interests of the defendant and the public in a speedy trial, and:

1.      The failure to grant such a continuance would be likely

___to make a continuation of such proceeding impossible

_X_to result in a miscarriage of justice.

2.      The case is so

___unusual

___complex

due to

___the number of defendants

___the nature of the prosecution

___the existence of novel questions of fact or law that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

3.      The failure to grant the continuance would

___deny the defendant reasonable time to obtain counsel

___unreasonably deny the defendant continuity of counsel

___unreasonably deny the government continuity of counsel

_X_deny counsel for the defendant the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence

___deny counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

C.    The parties further agree that the period of time from the date the Order is filed, to and including October 5, 2026, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A) and (h)(7)(B).

Trial conference set for June 6, 2026 is continued to September 25, 2026 at 9:00 a.m. in Aha Kupono before Chief Judge Derrick K. Watson. Defendant's motions are due on August 24, 2026, and the Government's responses are due on August 31, 2026.

DATED: March 26, 2026 at Honolulu, Hawaii.

KENNETH M. SORENSON
United States Attorney
District of Hawaii


By  */s/ Jeannette Graviss*
     JEANNETTE GRAVISS
     Assistant U.S. Attorney


*/s/ Catherine E. Gibson*
Attorney for Defendant
Justin C. Likout

3

ORDER CONTINUING TRIAL DATE AND
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

The above Second Stipulation Continuing Trial Date and Excluding Time Under the Speedy Trial Act is hereby approved, and the agreements set forth in paragraphs A, B, and C of the Stipulation are adopted as findings by the Court.

For the reasons stated, IT IS HEREBY ORDERED:

(1)  Jury selection/trial is continued from July 6, 2026 to **October 5, 2026** at 9:00 a.m. in Aha Kupono before the Chief Judge Derrick K. Watson;

(2) Trial conference set for June 6, 2026 is continued to **September 25, 2026** at 9:00 a.m. in Aha Kupono before Chief Judge Derrick K. Watson; and

(3) Defendant's motions are due on **August 24, 2026** and the Government's responses are due on **August 31, 2026**.

IT IS FURTHER ORDERED that the period of time from the date the Order is filed, to and including October 5, 2026, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A) and (h)(7)(B).

DATED: March 30, 2026 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

United States v. Justin C. Likout
Case No. CR 25-00104 DKW
Second Stipulation to Continue Trial and
Excluding Time Under the Speedy Trial Act
United States District Court, District of Hawaii