# MINUTES

CASE NUMBER: CR 25-00104 DKW

CASE NAME: USA v. (1) Justin C. Likout

ATTYS FOR PLA: Jeannett S. Graviss

ATTYS FOR DEFT: (1) Catherine E. Gibson

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bediamol |
| DATE: | 8/24/2026 | TIME: | 9:15 am - 10:15 am |

---

COURT ACTION: EP: Change of Plea to Counts 1, 2, 13, 16, 20, 21, 23 and 24 of the Indictment as to Defendant Justin C. Likout held.

Defendant Justin C. Likout present, in custody.

Defendant Justin C. Likout sworn, questioned by the Court. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, trial rights, etc. Memorandum of Plea Agreement has been signed by the parties.

Court conducted a colloquy with Defendant Justin C. Likout as to his role described in Counts 1, 2, 13, 16, 20, 21, 23 and 24 of the Indictment that makes him guilty.

Plea of Guilty to Counts 1, 2, 13, 16, 20, 21, 23 and 24 of the Indictment entered by Defendant Justin C. Likout. Court accepts Defendant's plea of guilty to Counts 1, 2, 13, 16, 20, 21, 23 and 24 of the Indictment. Pre-Sentence report ordered from USPO.

Sentencing to Counts 1, 2, 13, 16, 20, 21, 23 and 24 of the Indictment as to Defendant Justin C. Likout is set for 12/15/2026 at 9:00 a.m. in Aha Kupono before Chief Judge Derrick K. Watson.

Defendant Justin C. Likout is remanded to the custody of the United States Marshals Service.

Submitted by: Tammy Kimura, Courtroom Manager